AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana ▼

| | |
|---|---|
| Ryan Vining | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 3:18-cv-00453-BAJ-EWD |
| | )<br>)<br>) |
| Toyota Motor Sales, USA, Inc. | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Toyota Motor Sales, USA, Inc.
Through its Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, La 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Nordgren Law Firm, LLC
Douglas A. Harper
Drew E. Nordgren
341 St. Charles Street
Baton Rouge, La 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: 4/12/2018

Samantha Y. O'Neill
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00453-BAJ-EWD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Toyota Motor Sales, USA, Inc.

was received by me on *(date)*  04/12/2018  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I have served teh Complaint and Summons to Toyota Motor Sales, USA, Inc. by certified mail and return receipt on April 12, 2018. I have attached a copy of the return receipt showing service on  April 13, 2018  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4/16/2018

_____
*Server's signature*

Douglas A. Harper - Attorney
*Printed name and title*

The Nordgren Law Firm, LLC
341 St. Charles Street
Baton Rouge, La 70802

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .89 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.09 |

Postmark Here

Sent To: Toyota Motor Sales, USA, INC
Street & Apt. No., or PO Box No.: 3867 Plaza Tower Drive
City, State, ZIP+4: Baton Rouge, LA 70816

PS Form 3800, July 2014    See Reverse for Instructions

7014 1820 0000 2389 9747




USPS TRACKING #

9590 9402 3831 8032 8092 27

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box●

The Nordgren Law Firm, LLC
341 St Charles St.
Baton Rouge, LA 70802

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Toyota Motor Sales, USA, Inc.
Through its Registered Agent for service
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

9590 9402 3831 8032 8092 27

2. Article Number (Transfer from service label)

7014 1820 0000 2389 9747

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Damien A___
☐ Agent
☐ Addressee

B. Received by (Printed Name): Damien Ard
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt